UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

MILTON FRED HARTENBOWER,
CATHERINE A. HARTENBOWER,
HART ELECTRIC LLC, and H.I.
CABLE LLC d/b/a H.I. HART LLC,

          *Plaintiffs*,

v.                                    CASE NO. 1:13-CV-02253

UNITED STATES DEPARTMENT OF
HEALTH AND HUMAN SERVICES;
SYLVIA M. BURWELL, in her official
capacity as Secretary of the United States
Department of Health and Human Services;
UNITED STATES DEPARTMENT OF
THE TREASURY; JACK LEW, in his
official capacity as Secretary of the
United States Department of the Treasury;
UNITED STATES DEPARTMENT OF
LABOR; and THOMAS E. PEREZ, in his
official capacity as Secretary of the
United States Department of Labor,

          *Defendants*.
_____/

**JOINT MOTION FOR ENTRY OF INJUNCTION AND JUDGMENT**

      In light of the Supreme Court's decision in *Burwell v. Hobby Lobby Stores, Inc.*, 134 S. Ct. 2751 (2014), the parties jointly agree that judgment should be entered in favor of plaintiffs on their Religious Freedom Restoration Act claim, that a permanent injunction should be entered, that all other claims against defendants should be dismissed, and that the deadline for any petition by plaintiffs for attorneys' fees or costs should be extended to 60 days after judgment is entered. Accordingly, the parties respectfully request that the Court enter the attached Injunction and Judgment, which has been agreed to by all parties. The parties further request that this joint

motion be deemed to satisfy the parties' obligation to file a joint status report on October 24, 2014 (*see* ECF No. 30).

Respectfully submitted this 24th day of October, 2014,

*Attorneys for Plaintiffs*

 /s/ Geoffrey R. Surtees_____
Geoffrey R. Surtees
Francis J. Manion
AMERICAN CENTER FOR LAW & JUSTICE
PO Box 60
New Hope, KY 40052
Tel: (502) 549-7020; Fax: (502) 549-5252
fmanion@aclj.org, gsurtees@aclj.org

Edward L. White III
Erik M. Zimmerman
AMERICAN CENTER FOR LAW & JUSTICE
3001 Plymouth Road, Suite 203
Ann Arbor, Michigan 48105
Tel: (734) 680-8007; Fax: (734) 680-8006
ewhite@aclj.org


*Attorneys for Defendants*

JOYCE R. BRANDA
Acting Assistant Attorney General

ZACHARY T. FARDON
United States Attorney

JENNIFER RICKETTS
Director

SHEILA M. LIEBER
Deputy Director

 /s/ Michelle R. Bennett_____
MICHELLE R. BENNETT (CO Bar No. 37050)
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue N.W.  Room 7310
Washington, D.C.  20530

2

Tel: (202) 305-8902
Fax: (202) 616-8470
Email: michelle.bennett@usdoj.gov

## **CERTIFICATE OF SERVICE**

      I hereby certify that on October 24, 2014, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which sent notice of such filing to all parties.

                                              /s/ Michelle R. Bennett
                                              MICHELLE R. BENNETT
                                              Trial Attorney